**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: January 26, 2010



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28241/1845183578

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Paul Coleman Ziglar III<br>      Debtor.<br>_____<br>JPMorgan Chase Bank, N.A.<br>C/O Chase Home Finance LLC as servicing agent.<br>      Movant,<br>  vs.<br><br>Paul Coleman Ziglar III, Debtor, Dale D. Ulrich, Trustee.<br><br>      Respondents. | No. 2:09-BK-28018-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 6, 2005 and recorded in the office of the Guilford County Recorder wherein JPMorgan Chase Bank, N.A. C/O Chase Home Finance LLC as servicing agent. is the current beneficiary and Paul Coleman Ziglar III has an interest in, further described as:

> Being all of Lot 505, Final Plat of BRIDFORD DOWNS, Tract B, Map 1, as per Plat there of Recorded in Plat Book 157, Page 128, In the Office of the Register of Deeds of Guilford County, North Carolina.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT